# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 255 EAL 2014
                                 :

            Respondent     :

                      : Petition for Allowance of Appeal from the
                      : Order of the Superior Court

       v.                  :

                      :

                      :

TARIK  BAGLEY,             :

                      :

           Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.